B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  Carlos J. Bruyn
       Juana Lucia Bruyn
                                    Debtor(s)

Case No. **12-29763**
Chapter **13**

## SUMMARY OF SCHEDULES - FIRST AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $118,220.00 | | |
| B - Personal Property | Yes | 3 | $20,346.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $294,134.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $89,544.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,289.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $1,103.00 |
| TOTAL | | 21 | $138,566.00 | $384,678.61 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: Carlos J. Bruyn
Juana Lucia Bruyn
Debtor(s)

Case No. **12-29763**
Chapter **13**

## AMENDED
## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | --- |
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $0.00 |

State the following:

| | |
| --- | --- |
| Average Income (from Schedule I, Line 16) | $4,289.00 |
| Average Expenses (from Schedule J, Line 18) | $1,103.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $0.00 |

State the following:

| | | |
| --- | --- | --- |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $9,146.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $89,544.61 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $90,641.61 |

B6D (Official Form 6D) (12/07)

In re  Carlos J. Bruyn
       Juana Lucia Bruyn                                           Case No.  12-29763
                         Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### FIRST AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. 1009920644<br><br>OneWestBank<br>Melisa Manganelli, Esquire<br>c/o Elizabeth R. Wellborn P.A.<br>350 Jim Moran Blvd. #100<br>Deerfield Beach, FL 33442 | | | J | July 1 2007; Modified June 2011<br><br>First Mortgage<br><br>Condominium located at 9195 Fontainbleau Blvd #5, Miami, FL 33172<br><br>VALUE $118,220.00 | | | | $270,103.00 | $0.00 |
| ACCOUNT NO. 8236402<br><br>Santandar Consumer USA<br>P..Box 660633<br>Dallas, TX 75266-0633 | | | J | 2004 BMW 4 Series<br><br>VALUE $5,000.00 | | | | $8,615.00 | $3,615.00 |

Sheet 1 of 2 total sheets in Schedule of Creditors Holding Secured Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re Carlos J. Bruyn
Juana Lucia Bruyn
        Debtor(s)

Case No. **12-29763**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8472122<br><br>Santandar Consumer USA<br>P..Box 660633<br>Dallas, TX 75266-0633 | | J | June 2011<br><br>2007 Volvo S40 5 Cyl<br><br>VALUE $9,885.00 | | | | $15,416.00 | $5,531.00 |
| | | | Total(s)<br>(Use only on last page) | | | | $294,134.00 | $9,146.00 |

(Report also on Summary of Schedules)

If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

Sheet 2 of 2 total sheets in Schedule of Creditors Holding Secured Claims

B6F (Official Form 6F) (12/07)

In re  Carlos J. Bruyn
       Juana Lucia Bruyn
                                   Debtor(s)                                     Case No.  **12-29763**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## FIRST AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding unsecured claims without priority against the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns).

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4123****<br><br>Asset Acceptance LLC<br>P. O Box 1630<br>Warren, MI 48090-1630 | | J | | | | | 2,886.00 |
| ACCOUNT NO. **#11330****<br><br>Asset Acceptance LLC<br>P. O Box 1630<br>Warren, MI 48090-1630 | | J | | | | | 6,022.00 |
| ACCOUNT NO. **514021799673**<br><br>Barclays Bank Delaware<br>P. O. Box 8803<br>Wilmington, DE 19899 | | J | | | | | 5,609.00 |

Sheet 1 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re Carlos J. Bruyn
Juana Lucia Bruyn
Debtor(s)

Case No 12-29763

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 514021799947 Barclays Bank Delaware P. O. Box 8803 Wilmington, DE 19899 | | J | | | | | 1,401.00 |
| ACCOUNT NO. 526835003374 Capital One P. O. Box 5253 Carol Stream, IL 60197 | | J | | | | | 473.00 |
| ACCOUNT NO. 526835015419 Capital One P. O. Box 5253 Carol Stream, IL 60197 | | J | | | | | 415.00 |
| ACCOUNT NO. 515598000048**** Capital One P. O. Box 5253 Carol Stream, IL 60197 | | J | | | | | 434.00 |
| ACCOUNT NO. 486236237412 Capital One Bank NA PO Box 30281 Salt Lake City, UT 84130 | | J | | | | | 1,659.00 |
| ACCOUNT NO. 486236250708 Capital One Bank USA NA PO Box 30281 Salt Lake City, UT 84130 | | J | | | | | 0.00 |

Sheet 2 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Carlos J. Bruyn
Juana Lucia Bruyn
Debtor(s)

Case No  **12-29763**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 517805768617**** Capital One Bank USA NA POBox 30281 Salt Lake City, UT 84130-0281 | | J | | | | | 90.00 |
| ACCOUNT NO. 493422264198**** Capital One Bank USA NA P. O. Box 30281 Salt Lake City, UT 84130 | | J | | | | | 936.00 |
| ACCOUNT NO. 8401544187 Cerno Solutions, LLC PO Box 268883 Oklahoma City, OK 73126 | | J | | | | | 3,021.70 |
| ACCOUNT NO. 182000000966**** Chase - Best Buy P. O. Box 15298 Wilmington, DE 19850 | | J | | | | | 1,029.00 |
| ACCOUNT NO. 182000000653**** Chase-Circuit City P.O. Box 15298 Wilmington, DE 19850 | | J | | | | | 0.00 |
| ACCOUNT NO. 479242292**** DSNB/MACYS, Durham & Durham, L.L.P P. O. Box 8218 Mason, OH 45040 | | J | | | | | 378.00 |

Sheet 3 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re Carlos J. Bruyn
Juana Lucia Bruyn
Debtor(s)

Case No 12-29763

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 479103845****  DSNB/MACYS, Durham & Durham, L.L.P  P. O. Box 8218  Mason, OH 45040 | | J | | | | | 847.00 |
| ACCOUNT NO. 479242292****  DSNB/MACYS, Durham & Durham, L.L.P  P. O. Box 8218  Mason, OH 30328 | | J | | | | | 712.00 |
| ACCOUNT NO. 600889530277****  GECRB/JC Penney  P.O. Box 965001  Orlando, FL 32896-5001 | | J | | | | | 46.00 |
| ACCOUNT NO. 600889399119  GECRB/JC Penney  P.O. Box 965001  Orlando, FL 32896 | | J | | | | | 807.00 |
| ACCOUNT NO. 798192410260  GECRB/Lowes  PO Box 965005  Orlando, FL 32896-5005 | | J | | | | | 0.00 |
| ACCOUNT NO. 604407100551****  GECRB/PAYPALSMARTCONN  PO Box 96505  Orlando, FL 32896-5005 | | J | | | | | 280.00 |

Sheet 4 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re Carlos J. Bruyn
Juana Lucia Bruyn
Debtor(s)

Case No. 12-29763

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 771410033656<br><br>GECRB/SAMS<br>PO Box 965005<br>Orlando, FL 32896-5005 | | J | | | | | 0.00 |
| ACCOUNT NO. 706159103305****<br><br>GEMB/CHEVRON PLCC<br>PO Box 965015<br>Orlando, FL 32896-5015 | | J | | | | | 166.00 |
| ACCOUNT NO. 2005050709****<br><br>Harley Davidson Credit<br>3850 Arrowhead Drive<br>Carson City, NV 89706 | | J | | | | | 5,277.00 |
| ACCOUNT NO. 545800152303****<br><br>HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | J | | | | | 0.00 |
| ACCOUNT NO. 540633001296****<br><br>HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197 | | J | | | | | 521.00 |
| ACCOUNT NO. 601138100515****<br><br>HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | J | | | | | 0.00 |

Sheet 5 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re Carlos J. Bruyn
Juana Lucia Bruyn
          Debtor(s)

Case No. 12-29763

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 601138100814****<br><br>HSBC Bank<br>PO Box 5233<br>Carol Stream, IL 60197 | | J | | | | | 254.00 |
| ACCOUNT NO. 515599005600****<br><br>HSBC Bank<br>P.O. Box 5253<br>Carol Stream, IL 60197 | | J | | | | | 203.00 |
| ACCOUNT NO. 4089990<br><br>I.C. Systems Inc.<br>PO Box 64378<br>Saint Paul, MN 55164 | | J | | | | | 186.00 |
| ACCOUNT NO. 265319456****<br><br>Jefferson Capital Systems<br>16 McLeland Road<br>Saint Cloud, MN 56303 | | J | | | | | 1,393.00 |
| ACCOUNT NO. 418586462351****<br><br>LVNV Funding LLC<br>P.O. Box 10497<br>Greenville, SC 29603 | | J | | | | | 5,618.00 |
| ACCOUNT NO. 601138100515****<br><br>LVNV Funding LLC<br>P.O. Box 10497<br>Greenville, SC 29603 | | J | | | | | 1,395.00 |

Sheet 6 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Carlos J. Bruyn
       Juana Lucia Bruyn
       　　　　　　　　　Debtor(s)

Case No  **12-29763**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 771410033656**** <br><br> LVNV Funding LLC <br> P.O. Box 10497 <br> Greenville, SC 29603 | | J | | | | | 2,822.00 |
| ACCOUNT NO. 455954040083**** <br><br> LVNV Funding LLC <br> P.O. Box 10497 <br> Greenville, SC 29603 | | J | | | | | 3,308.00 |
| ACCOUNT NO. 418586034684 <br><br> LVNV Funding LLC <br> P.O. Box 10497 <br> Greenville, SC 29603 | | J | | | | | 2,362.00 |
| ACCOUNT NO. 771411030405**** <br><br> LVNV Funding LLC <br> P.O. Box 10497 <br> Greenville, SC 29603 | | J | | | | | 3,008.00 |
| ACCOUNT NO. 412061303991**** <br><br> Merrick Bank <br> PO Box 1500 <br> Draper, UT 84020 | | J | | | | | 4,634.00 |
| ACCOUNT NO. 412061307906**** <br><br> Merrick Bank <br> PO Box 1500 <br> Draper, UT 84020 | | J | | | | | 1,517.00 |

Sheet 7 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Carlos J. Bruyn
       Juana Lucia Bruyn
                                Debtor(s)

Case No  **12-29763**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8538684871 <br><br> Midland Credit Management, Inc. <br> P. O. Box 60578 <br> Los Angeles, CA 90060-0578 | | J | | | | | 1,644.91 |
| ACCOUNT NO. 853868**** <br><br> Midland Funding LLC <br> 8875 Aero Dr., Suite 200 <br> San Diego, CA 92123 | | J | | | | | 1,621.00 |
| ACCOUNT NO. 853955**** <br><br> Midland Funding LLC <br> 8875 Aero Dr., Suite 200 <br> San Diego, CA 92123 | | J | | | | | 1,720.00 |
| ACCOUNT NO. 853868**** <br><br> Midland Funding LLC <br> 8875 Aero Dr., Suite 200 <br> San Diego, CA 92123 | | J | | | | | 1,645.00 |
| ACCOUNT NO. 853428**** <br><br> Midland Funding, LLC <br> 8875 Aero Dr., Suite 200 <br> San Diego, CA 92123 | | J | | | | | 1,638.00 |
| ACCOUNT NO. 821901**** <br><br> Nordstrom <br> PO Box 13589 <br> Scottsdale, AZ 85267 | | J | | | | | 3,013.00 |

Sheet 8 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6F (Official Form 6F) (12/07) - Cont.

In re  Carlos J. Bruyn
       Juana Lucia Bruyn _____                     Case No  **12-29763** _____
                                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>Oakview IV Condominium Association Inc <br>c/o Gonzalo Perez, Jr. P.A. <br>as Attorney and Registered Agent <br>7915 Coral Way <br>Miami, FL 33155 | | J | | | | | 15,799.00 |
| ACCOUNT NO. 840154 <br><br>Vericrest Financial <br>715 S. Metropolitan <br>Oklahoma City, OK 73108 | | J | | | | | 2,754.00 |
| | | | Total <br>(Use only on last page of the completed Schedule F.) <br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | 89,544.61 |

Sheet 9 of 9 total sheets in Schedule of Creditors
Holding Unsecured Nonpriority Claims

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re: Carlos J. Bruyn, Juana Lucia Bruyn
Debtor(s)

Case No. **12-29763**
Chapter **13**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **13** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 30, 2012**    Signature **/s/ Carlos J. Bruyn**
Carlos J. Bruyn
Debtor

Date **August 30, 2012**    Signature **/s/ Juana Lucia Bruyn**
Juana Lucia Bruyn
Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.