UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Carlos J. Bruyn,                              Case No.12-29763
         Juana Lucia Bruyn                             Chapter 13

                Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 12, 2012, a true and correct copy of the **Motion to Value and Determine Secured Status of Lien on Real Property Held by Oakview Condominium Association, Inc. And the Notice of Hearing on this Motion (Docket Nos. 24 and 27) set for November 6, 2012 at 9:00 a.m.** were transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**
Oakview Condominium Association, Inc.
Gonzalo Perez. Jr., Esquire
c/o Gonzalo Perez, Jr., P.A.
7915 Coral Way
Miami, FL 33155

                                   Respectfully submitted,

                                   LEGAL SERVICES OF GREATER
                                   MIAMI, INC.

                                   By __/s/ Carolina A. Lombardi_____
                                      Carolina A. Lombardi
                                      Florida Bar No. 241970
                                      Attorney for Debtor
                                      3000 Biscayne Boulevard, Ste. 500
                                      Miami, FL 33137
                                      Telephone: (305) 438-2427
                                      Primary E-mail: Clombardi@lsgmi.org
                                      Secondary E-mail: Ozaribaf@lsgmi.org