UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Carlos J. Bruyn,                               Case No.12-29763
         Juana Lucia Bruyn                              Chapter 13

         Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 9, 2012, a true and correct copy of the **Order Granting Motion to Value and Determine Secured Status of Lien on Personal Property Held by Oakview IV Condominium Association** was transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**
Oakview IV Condominium Association
Gonzalo Perez, Jr., Esq.
c/o Gonzalo Perez, Jr., P.A.
7915 Coral Way
Miami, FL 33155

                                        Respectfully submitted,
                                        LEGAL SERVICES OF GREATER
                                        MIAMI, INC.

                                        By   /s/ Carolina A. Lombardi
                                          Carolina A. Lombardi
                                          Florida Bar No.  241970
                                          Attorney for Debtor
                                          3000 Biscayne Boulevard, Suite #500
                                          Miami, FL 33137
                                          Telephone: (305) 438-2427
                                          Primary E-mail: Clombardi@lsgmi.org
                                          Secondary E-mail: Ozaribaf@lsgmi.org