# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

X Fourth_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Carlos J. Bruyn_____  JOINT DEBTOR:  Juana L. Bruyn_____  CASE NO.: 12-29763_____

Last Four Digits of SS#  4853_____   Last Four Digits of SS#  1221_____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___56___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

     A.    $ 2157.05  for months  1  to  3  ;

     B.    $ 2575.85  for months  4  to  55  ;

     C.    $ 1037.30  for months  56  to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $____0____   TOTAL PAID $_____0_____

               Balance Due   $_____ payable $_____/month  (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. OneWest Bank FSB_____   Arrearage on Petition Date  $  14,763.23_____
Address: c/o Melissa Manganelli Esq.    Arrears Payment  $ 268.42 /month (Months  1 to 55  )
Elizabeth R. Wellborn PA    Regular Payment  $ 915.51 /month (Months  1 to 55  )
350 Jim Moran Blvd. Suite 100
Deerfield Beach, FL 33442
Account No: 1009920644____

2. Oakview IV Condominium Assn.____   Arrearage on Petition Date  $_____–0-_____
Address: c/o Gonzalo Perez, Esq.    Arrears Payment  $_____/month (Months _____ to _____)
    7915 Coral Way    Regular Payment  $ 385.00 /month (Months  1 to 55  )
    Miami, FL 33155
Account No: Unit #5_____

3. Santander Consumer USA____   Arrearage on Petition Date  $____864.04____
Address: P. O. Box 560284    Arrears Payment  $ 15.70 /month (Months  1 to 55 )
    Dallas TX 74356    Regular Payment  $ 376.33 /month (Months  1 to 55 )
Account No: 8472122  2007 Volvo S40____

4. Santander Consumer USA____   Arrearage on Petition Date  $____1079.91____
Address: P. O. Box 560284    Arrears Payment  $ 20.76 /month (Months  4 to 55 )
    Dallas TX 74356    Regular Payment  $ 359.97 /month (Months  4 to 55 )
Account No: 8236402  2004 BMW____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Oakview IV Condominium Assn | Condominium located at 9195 Fontainebleau Blvd. #5, Miami FL 33172 Value $118,220 | NA % | $NA | 0  To  0 | Debtor will avoid lien in full. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____   Total Due  $_____
               Payable   $_____/month  (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $  943.00_____ /month (Months  56  to _____).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

DEBTOR:   Carlos J. Bruyn          JOINT DEBTOR:    Juana L. Bruyn          CASE NO.: 12-29763
Last Four Digits of SS#    4853          Last Four Digits of SS#    1221


Other Provisions Not Included Above:

The debtor(s) will provide copies of his/her income tax returns to the Chapter 13 Trustee on or before May 15 during the pendency of the plan. The debtors will amend Schedule I and J and modify the plan if necessary

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.


_____/s/_____          _____/s/_____
Debtor   Carlos J. Bruyn                    Joint Debtor   Juana L.  Bruyn
Date:   December 6, 2012                    Date:  December 6, 2012


LF-31 (rev. 01/08/10)