UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: Carlos Bruyn and Juana Bruyn,                Case No.12-29763
                                                    Chapter 13
        Debtor.
_____/

### DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtors Carlos Bruyn and Juana Bruyn move the Court to modify their Chapter 13 Plan, and in support of the motion state:

1. Debtors want to modify their Plan to conform with the secured creditor One West Bank's Amended Proof of Claim, Claim 20-2. Debtors are uploading their proposed First Modified Plan.

    Respectfully submitted,
    LEGAL SERVICES OF GREATER
    MIAMI, INC.

    By _____/s/_____
    Carolina A. Lombardi
    Florida Bar No. 241970
    Attorney for Debtors
    3000 Biscayne Boulevard
    Suite 500
    Miami, FL 33137
    Telephone: (305) 438-2427
    Email: Clombardi@lsgmi.org