UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: Carlos Bruyn and Juana Bruyn,           Case No.12-29763
                                                Chapter 13
              Debtor.
_____/

### DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtors Carlos Bruyn and Juana Bruyn move the Court to modify their Chapter 13 Plan, and in support of the motion state:

1. Debtors are behind in payments on their Chapter 13 Plan because Carlos Bruyn lost his employment and recently obtained new employment

2. Debtors' modified Plan will cure prepetition arrearages and post confirmation delinquency; Debtors will be surrendering their 2007 Volvo to make an affordable modified Plan.

3. Debtors have uploaded their proposed modified Plan.

Dated October 13, 2015.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
By _____/s/_____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtors
3000 Biscayne Boulevard
Suite 500
Miami, FL 33137
Telephone: (305) 438-2427
Email: Clombardi@legalservicesmiami.org
Alt: Sfreire@legalservicesmiami.org