**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X   10th          Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Carlos J. Bruyn          JOINT DEBTOR:  Juana L. Bruyn          CASE NO.: 12-29763
Last Four Digits of SS#  4853     Last Four Digits of SS#  1221

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  60  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A.  $ 1815.65  for months  1  to  37  ;
  B.  $ 1656.45  for months  38  to  59  ;
  C.  $ 2730.53  for months  60  to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $  0      TOTAL PAID $  0
                 Balance Due  $_____  payable $_____/month  (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Fannie Mae              Arrearage on Petition Date    $ 5,279.02
   Address: Seterus        Arrears Payment   $ 104.54 /month (Months  1  to  37 )
   P. O. Box 1047          Arrears Payment   $ 61.33  /month (Months  38 to  60 )
   Hartford CT 06143-1047  Regular Payment   $ 742.56 /month (Months  1  to  37 )
                           Regular Payment   $ 942.11 /month (Months  38 to  60 )
   Account No: XXXX2892

2. Oakview IV Condominium Assn.   Arrearage on Petition Date   $    –0-
   Address: c/o Gonzalo Perez, Esq.  Arrears Payment  $_____/month (Months _____ to _____)
        7915 Coral Way              Regular Payment  $ 312.27 /month (Months  1  to 37 )
        Miami, FL 33155             Regular Payment  $ 502.43 /month (Months  38 to 60 )
   Account No: Unit #5

3. Santander Consumer USA   Arrearage on Petition Date   $   864.85
   Address: P. O. Box 560284   Arrears Payment   $ 15.29  /month (Months  1  to  37 )
   Dallas TX 74356            Regular Payment   $ 301.41 /month (Months  1  to 37 )
   Account No: 8472122   2007 Volvo S40

4. Santander Consumer USA   Arrearage on Petition Date   $   1079.91
   Address: P. O. Box 560284   Arrears Payment   $ 15.36  /month (Months  1 to 37 )
   Dallas TX 74356            Regular Payment   $ 273.04 /month (Months  1 to  37 )
   Account No: 8236402   2004 BMW

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Oakview IV Condominium Assn | Condominium located at 9195 Fontainebleau Blvd. #5, Miami FL 33172 Value $118,220 | NA % | $NA | 0  To  0 | Debtor will avoid lien in full. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                           Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $  976.43  /month (Months  60  to _____ ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

LF-31 (rev. 01/08/10)

DEBTOR:   Carlos J. Bruyn          JOINT DEBTOR:    Juana L. Bruyn            CASE NO.: 12-29763
Last Four Digits of SS#    4853         Last Four Digits of SS#    1221

Other Provisions Not Included Above:

The Chapter 13 Trustee has requested that, on or before May 15 of each year during the pendency of the plan, the Debtor(s) will file the documents listed in Section 521(f)(1), (2),(3) and (4).

Debtors are surrendering their 2007 Volvo.

The 2004 BMW had a 48 month installment contract with the first payment due  7/20/11 and is now paid off.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| /s/ | /s/ |
|---|---|
| Debtor   Carlos J. Bruyn | Joint Debtor   Juana L.  Bruyn |

Date:  November 17, 2015                              Date    November 17, 2015

LF-31 (rev. 01/08/10)