UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: Carlos Bruyn and Juana Bruyn,   Case No.12-29763
                                       Chapter 13
        Debtor.
_____/

## DEBTORS' MOTION FOR AN ORDER DIRECTING FANNIE MAE TO APPLY ESCROW OVERAGE TO DEBTORS' ARREARS

      Pursuant to Local Rule 9013-1, debtors Carlos Bruyn and Juana Bruyn move the Court for an Order directing mortgage lender Federal National Mortgage Association (Fannie Mae) to apply Debtors' escrow overage to arrears and state:

      1.    Mortgage lender Fannie Mae filed a Notice of Payment Change reducing Debtors' mortgage payment by $1.20 effective December 1, 2016.

      2.    Attached to the Notice of Payment Change was an Escrow Account Disclosure Statement in which Fannie Mae stated that it was holding $10,076.06 as an escrow surplus. Attached as Exhibit A is a copy of the Disclosure Statement.

      3.    The Chapter 13 Trustee's Modification ledger, as February 21, 2017, shows that the Debtors owe $438.36 in mortgage arrears and $6,725.10 in regular mortgage payments, for a total owed of $7,163.46.

      4.    If the Escrow Shortage were applied to the funds owed to Fannie Mae, Debtors would cure Fannie Mae arrears and could remove Fannie Mae from the Plan and save over $100 in Trustee fees.

5. Debtors are struggling to complete the Plan since their household income has been impacted by Lucia Bruyn's inability to work because of ongoing chemotherapy treatment for cancer. This change would greatly assist Debtors.

6. After application of the surplus escrow funds to the outstanding mortgage regular and arrear payments, there will still be a credit due Debtors from Fannie Mae.

7. Debtors move that remaining escrow balance be rebated to Debtors' counsel to be tendered to the Trustee to be applied to the arrears owed to Debtors' other secured creditor, Oakview IV Condominium Association.

Dated February 21, 2017.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
By _____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtors
4343 Biscayne Boulevard
Suite 100
Miami, FL 33134
Phone and Fax: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: PBerrios@legalservicesmiami.org

## seterus

PO Box 1077
Hartford, CT 06143-1077

Business hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866-570-5277

JUANA LUCIA BRUYN
CARLOS BRUYN
C/O CAROLINA A. LOMBARDI
3000 BISCAYNE BLVD STE 500
MIAMI FL 33137-4129

### ESCROW ACCOUNT STATEMENT

Analysis Date: 10-12-16
Loan Number: [redacted]

| | Current Payment | New Payment Effective 12/01/16 |
|---|---|---|
| Principal and Interest | $651.43 | Principal and Interest* $651.43 |
| Escrow | $94.74 | Escrow $93.54 |
| Total Current Payment | $746.17 | Total NEW Payment* $744.97 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

### NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on August 17, 2012. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any deficiency and/or shortage listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

**ANTICIPATED DISBURSEMENTS**
December 2016 to November 2017

| | |
|---|---|
| COUNTY | 1,122.49 |
| **Total Disbursements** | **1,122.49** |

Bankruptcy File Date: August 17, 2012

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date: $0.00

*Post Petition Beg Bal — The post-petition portion of the escrow starting balance

**Beginning balance — Starting balance less any unpaid escrow disbursements

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $10,263.15 |
| Post Petition Beg Bal* | | | | $10,263.15 |
| Surplus Refund | | | | $10,076.06 |
| 12/01/2016 | 93.54 | 0.00 | | 280.63 |
| 01/01/2017 | 93.54 | 0.00 | | 374.17 |
| 02/01/2017 | 93.54 | 0.00 | | 467.71 |
| 03/01/2017 | 93.54 | 0.00 | | 561.25 |
| 04/01/2017 | 93.54 | 0.00 | | 654.79 |
| 05/01/2017 | 93.54 | 0.00 | | 748.33 |
| 06/01/2017 | 93.54 | 0.00 | | 841.87 |
| 07/01/2017 | 93.54 | 0.00 | | 935.41 |
| 08/01/2017 | 93.54 | 0.00 | | 1,028.95 |
| 09/01/2017 | 93.54 | 0.00 | | 1,122.49 |
| 10/01/2017 | 93.54 | 0.00 | | 1,216.03 |
| 11/01/2017 | 93.54 | 1,122.49 | COUNTY | 187.08 |
| **Total** | **$1,122.48** | **$1,122.49** | | |

The projected beginning balance of your escrow account is $10,263.15. Your required beginning balance according to this analysis should be $187.09. This means you have a surplus of $10,076.06. Since your loan is 30 days or more delinquent, the surplus amount will remain in your escrow account. If you reinstate or bring your loan current, we will conduct a new escrow analysis within 90 days. If your loan is current and there is a surplus at that time, we will send you a refund for that amount.

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $187.08.


EXHIBIT A

***Continued on Reverse***