## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                          Case No.: 12-29763-LMI

CARLOS BRUYN AND                                                Chapter 13 Case
JUANA BRUYN,

        Debtors.
_____/

### MOTION TO AMEND ORDER DIRECTING FANNIE MAE TO APPLY ESCROW OVERAGE TO DEBTORS' ARREARS [D.E. 170]

Federal National Mortgage Association ("**Fannie Mae**") through its servicer, Seterus, Inc., (the "**Movant**"), by and through undersigned counsel, files this *Motion to Amend Order Directing FannieMae to Apply Escrow Overage to Debtors' Arrears* [D.E. 170], and states as follows:

1.  The Debtors commenced this bankruptcy case by filing a petition for relief under Chapter 13 of the United States Bankruptcy Code on August 17, 2012 (the "**Petition Date**").

2.  Respondent is the servicer for the mortgage which encumbers the Debtors' homestead real property located at 9195 Fontainebleau Blvd. Unit #5, Miami, Florida 33172 (the "**Property**"), which secured claim has been filed as Claim #20 in this matter (the "**Proof of Claim**").

3.  The Debtors' 10th Modified Plan [D.E. 156] (the "**Plan**") provides for a cure and maintain treatment of the Respondent's loan. As per the Proof of Claim, the amount of the arrearage due as of the Petition Date was $14,763.23.

4.  In compliance with the requirements of Fed. R. Bankr. P. 3002.1, Respondent and/or its predecessors have filed various *Notices of Mortgage Payment Change*, with payment change notices filed on January 2, 2014, October 8, 2015, and October 26, 2016 being reflected in the claims register in this case (collectively, the "**Payment Change Notices**").

5.  The Payment Change Notices have been filed to reflect changes in the escrow

component of this loan. The most recent Payment Change Notice, dated October 26, 2016, reflects an escrow account surplus of $10,076.06. This surplus has been carried over since at least the January 2, 2014 Payment Change notice.[1]

6. The terms governing the Escrow Account, as stated on the Escrow Account Statement, provide in pertinent part as follows: "Since your loan is 30 days or more delinquent, the surplus amount will remain in your escrow account. If you reinstate or bring your loan current, we will conduct a new escrow analysis within 90 days. If your loan is current and there is a surplus at that time, we will send you a refund for that amount."

7. Based upon these terms governing the Escrow Account, the Movant did not release the funds at issue in the escrow account in the ordinary course. Upon reviewing the last Payment Change Notice, the Debtors filed a *Motion to Compel an Order Directing Fannie Mae to Apply Escrow Overage to Debtors' Arrears* [D.E. 166] (the "**Motion to Compel**").

8. After notice and hearing on the Motion to Compel, the Court entered an Order directing Movant to disburse the surplus in the sum of $10,076.06 to the Trustee [D.E. 170] within thirty (30) days (the "***Order***"). As the Order was entered on March 14, 2017, the deadline to comply with the same is April 14, 2017.

9. Movant has examined the escrow records in connection with this loan in preparation for compliance with the Court's Order. Service of this loan has been transferred multiple times since the filing of this bankruptcy case. In Movant's review of the escrow on this loan in preparation for compliance with the Court's Order, Movant discovered that a significant portion of the escrow proceeds were in fact already credited to the Debtors when calculating the arrears claim. This is

---

[1] The exact amount of the surplus has changed over time, but the existence of the surplus is constant across multiple Payment Change Notices. The payment change notice filed on January 2, 2014 reflects a surplus amount of $13,619.76. The Payment Change Notice filed October 8, 2015 reflects a surplus amount of $10,044.91. The Payment Change Notice filed October 26, 2016 reflects a surplus amount of $10,076.06.

reflected in the Proof of Claim #20 (the "*Claim*") which was filed in this case:

    a.    The original Claim (#20-1) reflected a total arrearage of $14,763.23.

    b.    The amended Claim (#20-2), filed on March 13, 2013, reflects a reduced arrearage amount of $5,279.02. The basis for the reduction in the arrearage amount is that a credit was applied for the escrow surplus, as shown on Page 4 of Claim #20-2:



10.    In reviewing and reconciling the account records in preparation for compliance with the Court's Order, the Movant discovered that although the Debtors were given a credit on the arrearage portion of this claim as shown in excerpt from Claim #20-2 above, the prior servicer of this loan apparently did not update the escrow account records to reflect the same. Therefore, the annual escrow statements as attached to the Payment Change Notices continued to inadvertently reflect an escrow surplus despite the fact that the same was already applied to the arrearage.

11.     Movant is in the process of reanalyzing the escrow component of this loan. Based upon a preliminary review of the Escrow Analysis dated 10/12/16, which is attached to the last-filed Payment Change Notice, it appears possible that the Debtors may still be entitled to some refund of an escrow surplus, but in an amount substantially less than the $10,076.06 provided for in the Court's Order.

12.     Due to the discovery of this prior credit to the Debtors' arrearage claim on this loan, the Movant respectfully requests the entry of an Order amending and modifying the amount of the escrow surplus (if any) which Movant is required to turnover to the Debtors and/or the Trustee.

**WHEREFORE**, Respondent respectfully requests that the above-referenced Motion be granted; and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: April 14, 2017                                ALDRIDGE PITE, LLP


/s/ Rachel L. Ahlum
Rachel L. Ahlum (SBN 91291)
RAhlum@aldridgepite.com
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (888) 873-6147

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing *Response* was served on April 14, 2017. Service was accomplished by the method and to the following SERVICE VIA CM/ECF NOTICE OF ELECTRNOIC FILING:

- **Rachel L Ahlum**    ecfflsb@aldridgepite.com, RAhlum@aldridgepite.com

- **Becket and Lee LLP**    notices@becket-lee.com

- **Alice A Blanco**    ecfflsb@aldridgepite.com, ablanco@ecf.inforuptcy.com

- **Carolina A Lombardi**    CLombardi@legalservicesmiami.org, pberrios@legalservicesmiami.org;pleadings@legalservicesmiami.org

- **Ciro A Mestres**    ecfflsb@aldridgepite.com, cmestres@ecf.inforuptcy.com

- **Nancy K. Neidich**    e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov

- **John D Schlotter**    ecfflsb@aldridgepite.com, jschlotter@ecf.inforuptcy.com;jschlotter@aldridgepite.com

- **Lisa B Singer**    bkmail@rosicki.com

    /s/ Rachel L. Ahlum
    Rachel L. Ahlum (SBN 91291)
    RAhlum@aldridgepite.com
    Fifteen Piedmont Center
    3575 Piedmont Road, N.E., Suite 500
    Atlanta, GA 30305
    Phone: (404) 994-7400
    Fax: (888) 873-6147